IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN

    Plaintiff,                      No. CIV S-04-0986 DFL CMK PS

    vs.

JO ANNE B. BARNHART, commissioner of
social security,

    Defendant.

_____/      <u>ORDER</u>

        Currently before the court is plaintiff's April 13, 2005 notice of objection, request for an extension of time and request for sanctions.

        Plaintiff's notice of objection concerns his allegations that defendant continues to mail documents to plaintiff's old address. A review of the docket indicates that plaintiff filed a change of address on December 15, 2005, changing his address to 19131 Ridge Road, Pine Grove, CA 95665. Plaintiff requests that the court "direct defendant...to ...use plaintiff's correct mailing address, which appears at the top left side of page one of this pleading." The address on the top left side of the pleading is the 19131 Ridge Road address, with a line drawn through it and P.O. Box 381 written to the side.

///

The court is unsure if this is an attempt by plaintiff to change his address. However, in order to change his address, plaintiff must notify the clerk with a proper change of address notice. Local Rule 83-182(f). Accordingly, plaintiff's address of record remains the 19131 Ridge Road address.

Plaintiff's next requests an extension of time to respond to defendant's March 21, 2005 filing. He contends that the defendant's failure to file a certificate of service has lead to confusion concerning when his opposition is due to be filed. He also states that in order to prepare his opposition, he must travel to Sacramento. In light of plaintiff's stated need to travel to Sacramento to prepare his opposition, the Court grants him a twenty day extension, until May 10, 2005 to file his opposition.

Finally, plaintiff requests that the court sanction defendant for "their bad faith actions against plaintiff." Plaintiff does not expand on what bad faith actions the defendant has taken, so the court assumes that plaintiff refers to the defendant's failure to file a certificate of service. Although, under Federal Rule of Civil Procedure 5[1], defendant should have filed a certificate of service at the time they sent plaintiff a copy of their March 21, 2005 filing, plaintiff's receipt of the document indicates that defendant did send him a copy. Plaintiff has not demonstrated that defendant engaged in bad faith action. Accordingly his request for sanctions is denied.

///
///
///
///

---

[1] The court notes that since the advent of electronic filing, there is some confusion concerning whether a certificate of service is still required. Some clerks have advised attorneys that notice of electronic filing (NEF) now serves as the certificate of service. However, this is problematic in pro se cases, for the very reasons raised here by plaintiff—how will a plaintiff, who many not have internet access, know when a document is served. The court maintains that electronic filing did not abrogate the requirements of Rule 5.

1  IT IS ORDERED that:

2  1. Plaintiff is granted an extension of time until May 10, 2005;

3  2. Plaintiff's request for sanctions is denied.

4  DATED: April 22, 2005

        /s/   **CRAIG M. KELLISON**
        Craig M. Kellison
        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11          Plaintiff,                          No. CIV
12    vs.
13                                              NOTICE OF SUBMISSION
14          Defendants.                              OF DOCUMENTS
15 _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17 order filed _____:
18          _____     completed summons form
19          _____     completed USM-285 forms
20          _____     copies of the _____
                                    Complaint/Amended Complaint
21 DATED:
22
23                                              _____
                                                Plaintiff
24
25
26